The People of the State of New York, Respondent, *v.* Kasimir Barszyouk, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 14, 1926; decided October 22, 1926.)

Appeal from a judgment of the Supreme Court, rendered June 18, 1926, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Abraham L. Doris* and *John B. Johnson* for appellant.

*Charles J. Dodd*, District Attorney (*James I. Cuff* and *Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.